## ENGLE *v.* McNEILL.

### APPEAL; MOOT QUESTION.

The question raised by an appeal from the judgment entered on a super-
sedeas bond, after the denial of a motion to stay the enforcement
of the judgment in the original case pending appeal in a suit to
enjoin the latter judgment, becomes a moot question upon the final
disposition of the injunction suit, and the judgment on the bond
will be affirmed.

No. 3176.　Submitted January 9, 1919.　Decided February 3, 1919.

HEARING on an appeal by the defendant from a judgment
of the Supreme Court of the District of Columbia, in an action
on a supersedeas bond.　　　　　　　　　　　*Affirmed.*

The facts are stated in the opinion.

*Mr. George S. Engle* for the appellants.

*Mr. James W. McNeill* for the appellee.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This case was submitted with No. 3146, *ante,* 354, and is
between the same parties.　It is a suit on the supersedeas bond
given on appeal in the action at law to recover the amount of
the judgment therein.　Defendant moved to stay the proceed-
ings in the court below pending appeal in the equity case.　The

court denied the motion, and, on motion of plaintiff, entered judgment on the bond for the amount of the judgment in the original case. From the judgment on the bond, this appeal was taken.

Since the motion was merely to suspend proceedings in this case pending the appeal in the equity cause, the final disposition of that case renders the question raised by this appeal a moot one.

The judgment is affirmed, with costs.          *Affirmed.*

A motion for reargument was denied February 15, 1919.